IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE L. NIEBLA,

    Plaintiff,

v.                                                               CASE NO. 4:06-cv-00145-MP-AK

JEB BUSH,

    Defendant.

_____/

**O R D E R**

        This matter is before the Court on Doc. 2, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed with prejudice because "Plaintiff has had at least three prior dismissals and does not allege imminent danger of serious physical injury." Doc. 2 at 2.  The Magistrate Judge filed the Report and Recommendation on Monday, May 15, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

        Plaintiff has filed objections to the Magistrate's Report, Doc. 3.  These objections amount to nothing more than an attack on the Magistrate and clearly have no legal merit.  Therefore, having considered the Report and Recommendation and all objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

        **ORDERED AND ADJUDGED:**

        1.        The Magistrate Judge's Report and Recommendation is adopted and incorporated

by reference in this order.

2. This action is dismissed with prejudice.

**DONE AND ORDERED** this   *20th* day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 4:06-cv-00145-MP-AK*